21st Century Satellite Communications, Inc. and 21st Century Satellite Communications, Inc., Liquidating Trust, Plaintiffs,

v.

Retirement Accounts, Inc. d/b/a RAI; Robert S. Byrch; Gabriel Panepinto; Forrest Riddle; John B. Godsey; Allen Owen; Satellite Communications Group, Inc., a Florida corporation; Finmark, Inc., a Florida Corporation; Tunstall Consulting, Inc., a Florida corporation; Monterey Bay Securities, Inc.; FSC Securities Corporation; Sunamerica Securities, Inc.; Oak Brook Securities Corp.; Orosey & Pepe Capital Markets Inc.; LOP Capital Markets, Inc.; Woodbury Financial Services, Inc.; Andrick Securities Corp.; WMA Securities, Inc.; Hornor, Townsend & Kent, Inc.; Tower Square Securities, Inc.; Allen C. Ewing & Co.; Sears–Thompson Investment Group, Inc.; John Hancock Distributors, Inc. n/k/a Signator Investors, Inc.; Summit Brokerage Services, Inc.; Orlan K. Boyd, Jr.; Gregory Evans; Joe Wooters; Ivan D. Bauer; Howard S. Baldwin; Oscar Brown; Wilbur S. Brown; Michael Gainer; Brown–Gainer & Associates, Inc.; David Combs; KD Associates, L.L.C.; Stanley R. Jackson; EBC, Inc.; Douglas Nonaka; Robert C. Sheldon; Lee Sprimont; Larry Blevins & Associates, Inc.; Mark D. Diamond; Robert

**364**

M. Michutka, Individually and d/b/a American Capital Resources; Clare O. Carpenter; Capital For Life Inc.; Donald Snellgrove; Wes Fisher; Steven Barb; James Deparle and Thomas Durand, Defendants.

Bankruptcy No. 01–08592–8P1.
Adversary No. 04–380.

United States Bankruptcy Court,
M.D. Florida,
Tampa Division.

March 22, 2005.

Jeffrey W. Warren, Tampa, FL, for 21st Century Satellite Communications, Inc.

### ORDER DENYING TSSI'S MOTION TO DISMISS

(Doc. No. 230)

ALEXANDER L. PASKAY,
Bankruptcy Judge.

THIS CASE came on for hearing on January 15, 2005 to consider the Motion to Dismiss filed by Tower Square Securities, Inc. (TSSI) pursuant to Bankruptcy Rules 7012 and 7009 which incorporate into the Bankruptcy Code Fed.R.Civ.P. 12(b)(6) and 9(b). TSSI moves to dismiss the Amended Complaint filed by 21st Century Satellite Communications, Inc. and 21st Century Satellite Communications, Inc., Liquidating Trust (Plaintiffs) in which Plaintiffs allege fraud on the part of the Defendants. For the reasons stated orally and in open court, the motion should be denied.

Accordingly, it is

ORDERED, ADJUDGED and DECREED that the Motion to Dismiss (Doc. No. 230) be, and is hereby, denied without prejudice. The Defendants shall have thirty (30) days from the date of this order to file an answer to the Amended Complaint. If an answer is filed, the matter shall be set for pre-trial conference.